

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**Case No.:** 1:25-cv-11324-TGB-PTM
**Honorable:** Judge Terrence G. Berg
**Magistrate:** Judge Patricia T. Morris



**PRIVATE TRUSTEE RECORD ENTRY**

**Filed By Special Appearance Only - Without Waiver, Without Submission, Without Prejudice**

FROM:
Joshua Derby© and Alyssia Warren©, *sui juris*
Private Trustees of Stay Rooted Ministries Trust
c/o 849 E Hickory Street
Beaverton, Michigan Republic [48612]
All Rights Reserved. Without Prejudice. Without Recourse. UCC 1-308

---

**ENCLOSED FEDERAL FILING PACKET:**

Entered under Rule 8(a), Fed. R. Civ. P., 42 U.S.C. §§ 1983, 3617, 12203;
28 U.S.C. §§ 2201–2202, and UCC §§ 9-607, 9-625

---

1. **AFFIDAVIT OF RETALIATORY HARASSMENT, COERCION, AND WITNESS INTIMIDATION**
   Verified record of July 15, 2025 voicemails from David Clarkson, documenting federal
   violations under 18 U.S.C. §§ 1503, 1512; 42 U.S.C. §§ 3617, 12203.

2. **AUDIO TRANSCRIPTS (EXHIBIT V)**
   • *Voicemail to Joshua Derby (7/15/2025)*
   • *Voicemail to Mari-Ann Towne (7/15/2025)*
   Documented post-cease-and-desist retaliation and unlawful pressure communications.

3. **MASTER HARM LEDGER — Updated as of July 15, 2025**
   Verified accounting of unrebutted administrative, physical, and commercial harm; compiled
   into five phases totaling **$114,860,000.00 USD** in liquidated claims.

4. **NOTICE OF LEDGER VERIFICATION & COLLATERAL RIGHT TO CURE**
   Demand for **rebuttal or cure under 10-day estoppel** window; reserving lien rights under UCC § 9-607.

5. **AFFIDAVIT OF FIDUCIARY DUTY**
   Declaration of lawful trust capacity, jurisdictional reservation, and protection of beneficiary rights under Article VI, U.S. Constitution and 28 U.S.C. § 2202.

6. *Affidavit of Co-Participant Liability*

## LEGAL STATUS OF FILING

**This packet is entered for judicial notice and lawful record only.**
All documents are tendered by *special appearance*, without joining administrative jurisdiction, and with full reservation of all rights.
**Failure to rebut by sworn affidavit within ten (10) calendar days constitutes legal default.**

## NOTICE TO CLERK AND OFFICERS OF THE COURT:

Judicial notice is now demanded under **Fed. R. Evid. 201(d)**. All filings are under the binding force of Article VI, Clause 3, Constitution for the United States of America. Clerks are required to file without alteration.

Respectfully Declared and Noticed,
On the land known as the Michigan Republic
This 15th Day of July, 2025

/s/ Joshua Derby©, sui juris

/s/ Alyssia Warren©, sui juris

**Private Trustees – Stay Rooted Ministries Trust. All Rights Reserved. Without Prejudice. Without Recourse. UCC 1-308**

# AFFIDAVIT OF RETALIATORY HARASSMENT, COERCION, AND WITNESS INTIMIDATION

**FROM:**
Joshua Derby© and Alyssia Warren©, sui juris
Private Trustees of Stay Rooted Ministries Trust
c/o 849 E Hickory Street
Beaverton, Michigan Republic [48612]
*All Rights Reserved. Without Prejudice. Without Recourse.*

**DATE:** July 15, 2025

Filed under Rule 8(a), Federal Rules of Civil Procedure
Pursuant to:

- 42 U.S.C. § 3617

- 42 U.S.C. § 12203

- 18 U.S.C. § 1512

- 18 U.S.C. §§ 1503, 1708

- Offutt v. United States, 348 U.S. 11 (1954)

- Mullane v. Central Hanover Bank, 339 U.S. 306 (1950)

- Article VI, Clause 3, U.S. Constitution

- UCC §§ 1-308, 9-607, 9-625

## I. PARTIES

Affiants:
**Joshua Derby© and Alyssia Warren©**, sui juris
Private Trustees of Stay Rooted Ministries Trust
Located at: c/o 849 E Hickory Street, Beaverton, Michigan Republic [48612]
By Special Appearance Only - All Rights Reserved

## II. AFFIDAVIT PURPOSE

To enter into the federal record verified evidence of post-litigation retaliation, coercion, witness intimidation, extrajudicial contact, and property-based threats arising from voicemails issued by Defendant David Clarkson on **July 15, 2025**, at approximately 12:00 PM Eastern Time.

This Affidavit is submitted under lawful abatement, without submission to administrative jurisdiction, and stands unrebutted unless lawfully answered by sworn affidavit via USPS mail under penalty of perjury.

## III. VERIFIED FACTUAL RECORD

1. On **July 15, 2025**, Defendant David Clarkson, acting individually and under apparent agency of Pleasant Beach Mobile Home Resort, made two unsolicited phone calls:

   ○ One to **Joshua Derby**, Petitioner in this action.

   ○ One to **Mari-Ann Towne**, Petitioner's grandmother.

2. Both calls were placed from **Carol Clarkson's phone (586-634-1865)** and occurred after multiple notices had been mailed, served, and entered into the court record.

3. Voicemail content included threats of forced removal, offers of private money exchange for surrender of property, derogatory insults, and threats of sheriff-led destruction of trust-held property.

4. These voicemails were made **after Defendant had been issued a formal Cease and Desist Notice** through the PETITION TO CEASE AND DESIST UNDER THREAT OF RETALIATORY EVICTION, ADA VIOLATION, AND DENIAL OF CONSTITUTIONAL RIGHTS, previously entered into the record on or about April 25, 2025. Defendant's statements, offers, and threats following receipt of this notice constitute **knowing, willful, and malicious acts in violation of previously asserted protected rights**.

## IV. PRESUMPTION CREATED: TACTICAL WEAKNESS / FLIGHT FROM ACCOUNTABILITY

The legal presumption based on the evidence:

Defendant received lawful **notice of criminal exposure,**
Then immediately attempted to threaten, settle, or coerce compliance,
While evading formal reply via lawful means (refusal of mail = dishonor)

This satisfies multiple doctrines in equity and law:

- Silence as acquiescence (unrebutted affidavits)

- Dishonor under commercial presentment (UCC Article 3)

- Tacit confession by conduct (Rule 8 inference)

---

## V. EXHIBIT TRANSCRIPTS

### Exhibit V-1 – Voicemail to Petitioner Joshua Derby

"...don't send me anymore of that shit... I got a judgment on ya... you got 90 days to sell your house or move it... put on your big boy pants... I never had a thing against ya... everything would have been just fine with me..."

### Exhibit V-2 – Voicemail to Mari-Ann Towne

"...you're kinda on the hook for it... maybe we can make a deal... give you some money and you guys walk away... Josh went into idiot mode... I can get the sheriff out here... they'll drag it out of here or tear it down... they'll get rid of it for me..."

---

## VI. STATUTORY VIOLATIONS ASSERTED

- **42 U.S.C. § 3617** – Coercion and interference with housing rights.

- **18 U.S.C. § 1512(b)** – Witness tampering via family intimidation.

- **42 U.S.C. § 12203** – ADA retaliation.

- **18 U.S.C. § 1503** – Obstruction via harassment and misuse of legal threats.

- **MCL 750.213** – Extortion via threats of force.

- **Offutt v. United States** – Prejudicial conduct creates constitutional violation, even without actual bias.

- **Mullane v. Central Hanover Bank** – Failure to provide meaningful process or notice renders actions void.

## VII. RELIEF DEMANDED

1. **Emergency Protective Order** prohibiting contact with Petitioners, agents, or family under penalty of contempt.

2. **Judicial Notice** of this affidavit as verified evidence under **Fed. R. Evid. 201(d)**.

3. **Referral for Investigation** to the:

   o   U.S. Attorney (Eastern District of Michigan)

   o   DOJ Civil Rights Division

   o   HUD – Fair Housing Office

4. **Vacatur of any parallel state proceeding** as void ab initio under **28 U.S.C. § 1446(d)**.

5. **Monetary and equitable relief** preserved under Rule 8 ledger, UCC 9-625, and 42 U.S.C. § 1983.

## VII-A. SUPPLEMENTAL RELIEF AND ENFORCEMENT REQUEST

Petitioners formally request the following lawful remedies and protections, pursuant to their constitutional standing, civil rights enforcement, and verified evidentiary record now on file:

- **Emergency federal protection and immediate review of the full record**, including this affidavit, prior filings, and all unrebutted declarations.

- **Recusal of any judicial officer** exhibiting procedural bias, misconduct, or silence in violation of the appearance-of-neutrality standard under *Offutt v. United States*, 348 U.S. 11 (1954), and 28 U.S.C. § 455(b).

- **Sanctions against any attorneys, agents, or officers** who have knowingly engaged in fraud, witness retaliation, false filings, or willful suppression of constitutionally protected rights under Rule 11(b), Fed. R. Civ. P., and 28 U.S.C. § 1927.

- **Retraction of any void judgments or orders** entered without jurisdiction, lawful service, or sworn complaint, and suppression of all related state-level actions in violation of 28 U.S.C. § 1446(d).

- **Preservation of all court logs, phone records, voicemails, envelopes, mailing scans, and clerk entries** related to this matter for pending and future **FOIA requests**, **federal inquiries**, and **civil litigation** under federal oversight.

- Petitioners expressly reserve the right to move for **emergency temporary restraining order (TRO)** or **preliminary injunction** under Rule 65(a)-(b), Federal Rules of Civil Procedure, in defense of housing rights, family privacy, and federal protections against irreparable harm, coercion, and witness intimidation.

These requests are made **without prejudice** and in pursuit of due process, record integrity, and judicial accountability under the Constitution, Article III, and federal civil rights statutes.

## VIII. CLOSING CLAUSES

### 1. Due Process Preservation Clause

Failure to respond to this affidavit in writing via USPS mail within **ten (10)** days constitutes tacit admission of all facts under **Mullane v. Central Hanover Bank** and waiver of right to judicial challenge.

### 2. Irrebuttability by Conduct Clause

Any attempt to deny the legal weight of these voicemails - without a point-by-point sworn affidavit via USPS mail - constitutes judicial estoppel, waiver, and dishonor by silence.

### 3. Judicial Record Entry Demand

This affidavit shall be entered into Case No. 1:25-cv-11324-TGB-PTM as **Verified Affidavit V** in the official docket.

### 4. Litigation Hold and Evidence Protection Clause

All voicemail recordings, audio metadata, phone logs, and USPS service records are now under **federal litigation hold**. Tampering or destruction shall trigger liability under **18 U.S.C. §§ 1503, 1512, and 1708**.

**5. Commercial Lien Enforcement Reservation**

Affiants reserve the right to convert this affidavit into a **secured lien** under **UCC §§ 9-607, 9-625** upon continued nonresponse or further acts of coercion.

**6. Notarial Validation Trigger Clause**

Affiants reserve the right to have this affidavit **notarized or apostilled** upon demand of any tribunal, officer, or agency without altering its lawful standing or admissibility.



## IX. JUDICIAL FINALITY AND CONSTITUTIONAL ENFORCEMENT

If no lawful, sworn, point-by-point rebuttal to the foregoing affidavit is received within **ten (10)** calendar days of service via USPS mail, this affidavit shall stand as final, adjudicated truth and enforceable by operation of law in any jurisdiction under the doctrines of **res judicata**, **collateral estoppel**, and **judicial estoppel**. All parties are hereby estopped from raising contradictory claims or defenses unless rebutted by affidavit.

**Clerk of Court is hereby instructed** to enter this Verified Affidavit as a formal filing of record into **Case No. 1:25-cv-11324-TGB-PTM**. Judicial officers are now **bound** to take judicial notice pursuant to **Federal Rule of Evidence 201(d)** and act accordingly on the record.

All officers of the court, including judges, clerks, and attorneys, are reminded that they are **bound by oath under Article VI, Clause 3** of the Constitution for the United States of America. Any failure to uphold this obligation in the face of verified unrebutted facts shall constitute a **breach of public trust, procedural treason**, and actionable misconduct under **42 U.S.C. § 1983** and related civil rights provisions.

Let the record reflect: **Any officer, judge, or clerk who knowingly fails to act upon or obstructs the lawful entry, filing, or enforcement of this affidavit**—after having received actual notice—is hereby placed in their **private and individual capacity**, and shall be held to have violated their fiduciary duty under **constructive trust doctrine** and **Article VI, Clause 3** of the Constitution. No immunities, presumptions, or deference shall attach to acts of concealment, delay, or omission.

## X. FINAL ENFORCEMENT CLAUSES AND EXECUTION PRESERVATION

**Certificate of Non-Response Trigger Clause**
Affiants reserve the right to issue a **Certificate of Non-Response and Lawful Default Judgment** should no lawful, sworn rebuttal be received within the ten-day rebuttal window. Such certificate shall carry full force of law and may be enforced judicially or administratively.

**Conversion to Legal Instrument Clause**
This Verified Affidavit may be converted into a **commercial lien**, **security instrument**, or **judgment claim** upon failure to rebut, pursuant to lawful principles of equity, contract law, and the Uniform Commercial Code.

**Multi-Jurisdictional Enforceability Declaration**
This Affidavit shall be **admissible and enforceable** in any lawful venue, including courts of **law**, **equity**, **commerce**, **admiralty**, **ecclesiastical forum**, or **private arbitration**, with equal weight and full effect.

**No Presumption and Joinder Disclaimer**
Nothing herein shall be construed as **joinder to any corporate, municipal, or statutory entity**. All parties are named factually and without granting consent, jurisdiction, or artificial personhood under administrative law.

---

## XI. AFFIRMATION AND SIGNATURE

We solemnly affirm under penalty of perjury, under Natural Law, Common Law, and the Constitution, that the foregoing facts are true, correct, and complete to the best of Our firsthand knowledge, belief, and overstanding.

Executed with full liability, firsthand knowledge, and lawful authority under Natural Law, Common Law, and the Constitution for the United States of America, under **special appearance only**, without waiver, without submission, without prejudice, and without need for notary or third-party certification.

All rights, liberties, immunities, remedies, and defenses are fully and expressly reserved, including but not limited to all rights secured under the Constitution for the United States of America (1789) and the Bill of Rights (1791), without prejudice under Uniform Commercial Code § 1-308, as adopted in principle by Natural and Common Law.

**Pursuant to Rule 11(b)(2), Federal Rules of Civil Procedure**, Petitioners affirm that all legal assertions, authorities, and statutory citations presented herein are warranted by existing law or by a nonfrivolous argument for the extension or enforcement of such law. This affidavit is not intended to harass, delay, or increase the cost of litigation, but to secure peace, due process, and protection under law.

This execution is made in **peace, honor, and full faith**, without granting or implying consent to any foreign, corporate, administrative, or statutory jurisdiction whatsoever.

So help me God, on this 15th day of July, 2025, on the land of Michigan Republic, without the UNITED STATES.

Respectfully declared and noticed,

/s/ Joshua Derby©, sui juris

/s/ Alyssia Warren©, sui juris

*All Rights Reserved. Without Prejudice. Without Recourse. UCC 1-308.*

**Exhibits V-1 and V-2**

**V-1:**
7/15/2025 at approximately 12pm
From (Carol Clarkson's phone) Dave Clarkson speaking to Joshua Derby.

"Josh, this is Dave Clarkson. I got another package from ya yesterday. I didn't sign for it and I'm not gonna sign for any more of 'em, so save yourself the mailing fee or whatever and don't send me anymore of that shit 'cause I ain't gonna accept it. Number One. Number Two, I got a judgment on ya and uh ya have to pay the rent and ya got 90 days to sell your house or move it out of my mobile home park. That's Michigan Law. So, um, you haven't paid me now for July, has he? Oh he did pay. Okay, well I guess he did pay. Alright well anyway, you still got 90 days to remove the home from the park and uh, or sell it. You know, and I don't really think you can remove it so I think you need to sell it. So why don't you put on your big boy pants, give me a call and uh, we'll try to remedy this and you know I wanna tell you something else. You know, Josh, I never had a thing against ya and that day when I tried to get ahold of you from Florida, all you had to do was pick up the phone and say sorry dave, i'll turn the music down and everything would have been just fine with me. Alright, give me a call. Call me on Carol's phone 586-634-1865, but don't send anymore stuff to my house. Thank you."

**V-2:**
7/15/2025 at approximately 12pm
From (Carol Clarkson's phone) Dave Clarkson speaking to Grandma (Mari-Ann Towne).

"Mari-Ann, Dave Clarkson. Uh, I just left Josh a message. I told him, he keeps sending me these small books and uh I told him quit sending 'em 'cause I'm not gonna accept 'em, that's number one on my list. Number two on my list, I'm not sure if you own that home. My last records show that you own it and uh anyway, I'm gettin paid for the rent and what the law says is you got 90 days to remove it from the mobile home park or sell it in the mobile home park and of course I'd have to approve the buyer. In the event you own that thing and I think that's the event we're talking about here, you're kinda on the hook for it, so um why don't you give me a call. Maybe we can make a deal on it. I'll just give you some money and you guys walk away. And you know Mari-Ann, I want you to know just for the record, I called Josh from Florida just asked him to turn his music down and he went all crazy. All he had to do was say dave sorry i'll turn it down, end of story. We wouldn't be having any events like this at all. He's the one that chose to go into idiot mode. So that's all I have to say about this uh, I mean I can get the sheriff out here and he'll uh they'll drag it out of here or tear it down. I don't know what they'll do, but they'll get rid of it for me."

**MASTER HARM LEDGER**
Verified Administrative Harm Ledger (as of July 15, 2025)
Notice of Private Harm Ledger Entry for Judicial Record Only
(Federal Record / Special Appearance / Without Submission to Jurisdiction)

FROM: Joshua Derby© Alyssia Warren©, sui juris Private American Nationals
℅ 849 E Hickory St Beaverton, Michigan Republic [48612]
**All Rights Reserved, Without Prejudice, Without Recourse.**
Date: July 15, 2025

TO: Hon. Terrence G. Berg & Magistrate Patricia T. Morris
United States District Court – Eastern District of Michigan
231 West Lafayette Blvd Detroit, MI 48226
Case No.: 1:25- cv- 11324- TGB- PTM

## SECTION I: BASELINE FEE SCHEDULE (EXHIBIT R – Dated April 25, 2025)

| Description of Harm | Amount (USD) |
|---|---|
| Emotional/Mental Distress from Initial Coercion | $1,500,000 |
| Failure to Produce Verified Complainant | $500,000 |
| Unsolicited Communications (Text/Call/Voicemail) | $3,000 |
| Unauthorized Info Sharing / Gossip | $50,000 |
| Coercive Administrative Communications | $8,000 |
| Regulation of Private Domicile | $15,000 |
| Trespass via Mailed Administrative Instrument | $15,000 |
| Fraudulent Eviction Threat | $15,000 |
| ADA Violation (Neglect of Declared Disability) | $500,000 |
| Administrative Burden (10 processed events @ $2,500 each) | $25,000 |
| Threat to Minor Child's Security and Continuity of Domicile | $651,500 |

**Subtotal (4/25/2025 Fee Schedule): $3,282,500**

## SECTION II: DAILY HARM LEDGER — PHASE I (April 16 – May 13, 2025)

| Harm Description | Subtotal |
|---|---|
| Emotional & Spiritual Distress (4 persons × 28 days @ $100,000) | $11,200,000 |
| Unauthorized Third-Party Contact (5/13/25) | $500,000 |

**Subtotal (as of 5/13/2025): $11,700,000**

## SECTION III: DAILY HARM LEDGER — PHASE II (May 14 – June 9, 2025)

| Harm Description | Subtotal |
|---|---|
| Ongoing Emotional Distress (4 persons × 27 days @ $100,000) | $10,800,000 |
| Repetition of Third-Party Gossip / Voicemail Contact | $500,000 |
| Violation of Private Mailing Rights | $250,000 |
| Improper Service to Third-Party Location | $500,000 |
| Jurisdictional Tampering via Court Misdelivery | $1,000,000 |
| Administrative Processing Burden (restated from Fee Schedule) | $25,000 |
| Regulation of Private Domicile (coercive intrusion) | $15,000 |
| Trespass on Posted and Secured Private Trust Domicile (5/12/25) | $750,000 |
| Trespass on Posted and Secured Private Trust Domicile (6/8/25) | $750,000 |
| Commercial Fraud – Forced Conversion of Dishonored Money Order Tender After Final Notice to Cure | $750,000 |
| Willful Indifference While Claimant Is Homeless (4 persons @ $750,000) | $3,000,000 |
| Trustee Administrative Processing and Litigation Construction (36 hrs × 2 trustees @ $1,000/hr) | $72,000 |
| Destruction of Family Physical Therapy & Rehabilitation Routine (3 persons × 55 days @ $50,000) | $8,250,000 |

**Subtotal (as of 6/9/2025): $26,162,000**

## SECTION IV: EXPANDED HARM LEDGER — PHASE III (June 10 – June 16, 2025)

| Harm Description | Subtotal |
| --- | --- |
| Community Coercion via Proxy Retaliation (Neighbor Displacement Pattern) | $1,000,000 |
| Community Surveillance and Constructive Retaliation via Resident Coordination – Instance 1 | $1,000,000 |
| Community Surveillance and Constructive Retaliation via Resident Coordination – Instance 2 | $1,000,000 |
| Constructive Surveillance via Induced Agent (Ralph DeArms) | $500,000 |
| Ongoing ADA Deprivation – Blocked Pool Access for Therapy (May 16–June 16; 32 days × 3 persons @ $62,500/day) | $6,000,000 |
| Additional Trustee Administrative Processing (72 hours × 2 @ $1,000/hr) | $144,000 |
| **Third Verified Trespass Upon Posted Private Trust Property – June 15, 2025** | **$2,250,000** |
| **Involuntary Stalling of Secured Party Status and Private Relocation Process (1,500,000 x 3 living beings)** | **$4,500,000** |

Subtotal (as of 6/16/2025): $16,394,000

## SECTION V: NEW HARM LEDGER — PHASE IV (JUNE 17 – JUNE 26, 2025)

**Harm Description**
**Emotional & Spiritual Distress (4 persons × 10 days @ $300,000/day)**
Amount (USD): $12,000,000

**Trustee Administrative Processing (12 hours × 2 trustees @ $1,000/hour)**
Amount (USD): $24,000

**Continued ADA Deprivation – Blocked Pool Access for Therapy (10 days × 3 persons @ $62,500/day)**
Amount (USD): $1,875,000

**Unlawful Default Judgment by Inferior Tribunal (While Under Active Federal Case and Special Appearance)**
Amount (USD): $2,500,000

**Classification: Constitutional Violation, Administrative Dishonor, Due Process Deprivation, and Color of Law Retaliation**

**Subtotal (as of June 26, 2025): $16,399,000**

---

## SECTION VIII: SUPPLEMENTAL HARM LEDGER — PHASE V

**Date Range:** June 27 – July 15, 2025
**Filed by Special Appearance Only**
**Verified under Rule 8(a), UCC §§ 9-607, 9-625, and Federal Civil Rights Statutes**

| Harm Description | Amount (USD) |
|---|---|
| Ongoing Emotional and Spiritual Distress (4 persons × 18 days @ $300,000/day) | $21,600,000 |
| Continued ADA Hardship – Pool access deprivation for therapy (18 days × 3 persons @ $62,500/day) | $3,375,000 |
| Retaliatory Voicemails Post-Cease & Desist (2 separate acts of verbal coercion and threat) | $1,250,000 |
| Witness Intimidation via Family Contact (Voicemail to Mari-Ann Towne after criminal notice) | $750,000 |
| Violation of Cease & Desist and Verified Criminal Affidavit | $500,000 |
| Unlawful Text Message to Elder Relative (7/1/2025 pre-hearing ex parte interference) | $150,000 |
| **Unlawful Default Judgment (Entered June 23, Affirmed July 1) – Without Jurisdiction or Due Process** | **$2,500,000** |
| **Trustee Processing & Response Burden (216 hours × $1,000/hr)** | **$216,000** |
| Delay in Security Interest Perfection and Collateral Protection (18 days × $75,000/day) | $1,350,000 |
| Obstruction of Federal Judicial Relief (Silence + Procedural Bias) | $1,000,000 |
| Sleep Loss, Stress, and Anxiety Disorders (Journal-verified symptom documentation) | $125,000 |
| Possessory Interference of Trust Property (Direct value-based harm) | $175,000 |

| | |
|---|---|
| Theft of Mail Jurisdictional Records (USPS forwarding & misrouting) | $75,000 |
| Summons with Improper Party Label – MCR 2.105 violation | $100,000 |
| **Judicial Dismissal with Appearance of Bias (Offutt standard, dismissed 6/26/2025)** | **$1,250,000** |
| Violation of Federal Supremacy Clause – 28 U.S.C. § 1446(d) | $1,250,000 |
| **Punitive Enhancement** – Willful Disregard of Federal Process (Rule 60(b), 28 U.S.C. § 1927) | **$5,356,500** |

**FINAL LEDGER TOTAL — SECTION VIII (PHASE V):**

**$40,922,500.00 USD**

**SECTION VI: COMBINED RECONCILIATION TOTAL**

| Ledger Segment | Amount (USD) |
|---|---|
| Original Unified Family Fee Schedule (4/25) | $3,282,500 |
| Daily Harm Ledger Phase I (4/16–5/13) | $11,700,000 |
| Daily Harm Ledger Phase II (5/14–6/9) | $26,162,000 |
| Expanded Harm Ledger Phase III (6/10–6/16) | $16,394,000 |
| Harm Ledger Phase IV (6/17-6/26) | $16,399,000 |
| Updated Harm Ledger Phase V (6/27-7/15) | $40,922,500 |

**FINAL UNIFIED TOTAL DAMAGES (as of 7/15/2025): $114,860,000.00**

LEGAL NOTICE: All figures herein are declared as minimum liquidated damages calculated under unrebutted administrative process, constitutional authority, and private lawful claim. This Master Ledger is submitted as evidence of standing, record of administrative exhaustion, and invocation of lawful remedy. Petitioners reserve all commercial, civil, and equitable rights to enforce collection.

Prepared for Federal and Private Record Entry by Private Trustees:

Joshua Derby©, sui juris

Alyssia Warren©, sui juris

*By Special Appearance Only.*

**All Rights Reserved, Without Prejudice, Without Recourse.**

NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

**NOTICE OF LEDGER VERIFICATION & COLLATERAL RIGHT TO CURE**

**FROM:**
Joshua Derby© and Alyssia Warren©, sui juris
Private Trustees of Stay Rooted Ministries Trust
c/o 849 E Hickory Street
Beaverton, Michigan Republic [48612]
*All Rights Reserved. Without Prejudice. Without Recourse. UCC 1-308.*

**TO:**
All Named Respondents, Defendants, and Interested Parties, including but not limited to:
David Clarkson, Pleasant Beach Mobile Home Resort, LLC, 80th District Court, Clerks, Agents,
Attorneys, and any and all third-party participants or fiduciaries connected to Case No.
1:25-cv-11324-TGB-PTM.

**RE: Verified Harm Ledger, Collateral Record, and Opportunity to Cure Default Date:** July 15,
2025

---

## I. NOTICE OF VERIFIED LEDGER ENTRY

Petitioners hereby enter into the federal record the *Master Harm Ledger* dated July 15, 2025,
totaling $114,860,000.00 (One Hundred Fourteen Million, Eight Hundred Sixty Thousand United
States Dollars) in verified, liquidated damages. Said ledger arises from:

- Retaliatory eviction and housing interference
- ADA deprivation and systemic civil rights violations
- Judicial obstruction, denial of due process, and color-of-law abuse
- Verified trespass, mail tampering, surveillance, and psychological harassment
- Procedural dishonor and failure to uphold constitutional supremacy under 28 U.S.C. §
  1446(d)

The full ledger is incorporated herein by reference and is lawfully declared under penalty of perjury.

---

## II. RIGHT TO CURE PERIOD — TEN (10) DAYS

All named parties are hereby granted **ten (10) calendar days** from receipt of this notice to cure the
declared commercial, civil, and constitutional harms by:

1. Issuing full written rebuttal to each ledger entry via USPS mail under sworn affidavit and
   penalty of perjury;
2. Tendering lawful payment in full satisfaction of the verified amount;
3. Executing binding settlement or stipulation before an Article III tribunal.

Notice of Ledger Verification and Collateral Right to Cure - Hon. Judge Terrence G. Berg - Case No.
1:25-cv-11324-TGB-PTM                                                                           **1**

Failure to lawfully respond shall trigger the issuance of a **Certificate of Non-Response** and convert the Master Harm Ledger into a **secured claim and perfected collateral interest** under:

- Uniform Commercial Code §§ 9-607, 9-625
- Federal civil procedure and constitutional enforcement standards
- Lawful lien and commercial claim processes in equity and record.

---

## III. RECORD PRESERVATION DEMAND

All parties are hereby instructed to preserve:

- Court logs and summons drafts
- Voicemail recordings and metadata
- USPS envelopes and tracking artifacts
- Clerk docket entries and hearing transcripts
- All correspondence relating to Case No. 1:25-cv-11324-TGB-PTM

Destruction or concealment of evidence shall trigger civil and criminal liability under 18 U.S.C. §§ 1503, 1512, and 1708.

---

## IV. LAWFUL NOTICE AND CONSTITUTIONAL BINDING

This notice is executed under:

- UCC § 1-308 (Reservation of Rights)
- Article VI, Clause 3, U.S. Constitution (Oath Accountability)
- 42 U.S.C. §§ 1983, 3617, 12203 (Civil Rights Protections)
- Federal Rules of Civil Procedure Rule 8 and Rule 60(b)

All rights, remedies, immunities, and defenses are hereby fully reserved.

Executed this 15th Day of July, 2025
On the land known as the Michigan Republic, without the UNITED STATES
By Special Appearance Only

/s/ Joshua Derby©, sui juris

/s/ Alyssia Warren©, sui juris

**_All Rights Reserved. Without Prejudice. Without Recourse. UCC 1-308._**

cover letter, please.

Notice of Ledger Verification and Collateral Right to Cure - Hon. Judge Terrence G. Berg - Case No. 1:25-cv-11324-TGB-PTM                                                                                    **2**

**AFFIDAVIT OF FIDUCIARY DUTY**
*Filed for Judicial and Equitable Record under Rule 8(a), F.R.C.P.*
*By Special Appearance Only - Without Waiver, Without Submission, Without Prejudice*

---

**FROM:**
Joshua Derby© and Alyssia Warren©, *sui juris*
Private Trustees of **Stay Rooted Ministries Trust**
c/o 849 E Hickory Street
Beaverton, Michigan Republic [48612]
All Rights Reserved. Without Prejudice. Without Recourse. UCC 1-308

**TO:**
Hon. Terrence G. Berg
U.S. District Court – Eastern District of Michigan
231 W. Lafayette Blvd, Detroit, MI 48226

**DATE:** July 15, 2025
**CASE NO.:** 1:25-cv-11324-TGB-PTM

---

## I. DECLARATION OF STANDING AND FIDUCIARY STATUS

We, Joshua Derby© and Alyssia Warren©, *sui juris*, do hereby solemnly declare under penalty of perjury:

1. That we are the living, competent, lawful **Private Trustees** of a duly established **Private Ecclesiastical Trust**, lawfully created and operating under Natural Law and Common Law principles of fiduciary duty, equity, and private trust governance.

2. That we act **exclusively in our fiduciary and trust capacity**, for the lawful benefit of the trust estate, its beneficiaries, and the rights secured under the **Constitution for the United States of America (1789)** and the **Bill of Rights (1791)**.

3. That we do not operate as artificial persons, corporations, or statutory entities subject to involuntary jurisdiction, presumption, or contract adhesion under any foreign or commercial code.

---

## II. PURPOSE AND JURISDICTIONAL NOTICE

This Affidavit is entered into the **federal judicial record** for the purpose of:

- Preserving our **status and capacity as fiduciaries** under lawful trust.

- Affirming our **non-consent** to any corporate, municipal, administrative, or statutory jurisdiction imposed upon our persons or property without verified contract, delegation, or consent.

- Establishing a lawful foundation for **injunctive relief**, **declaratory remedy**, and **equitable protection** pursuant to:

  - **28 U.S.C. § 2201–2202** — Declaratory and Injunctive Relief
  - **Article VI, Clause 3** — Binding Oath of Office upon all Officers of the Court
  - **First, Fourth, Fifth, Ninth, and Fourteenth Amendments** — Private rights protection
  - **Uniform Commercial Code §§ 1-308, 9-607, 9-625** — Commercial rights reservation

---

## III. STATEMENT OF LAWFUL AUTHORITY

We affirm the following:

1. That our **fiduciary actions** are not subject to corporate agency, state officer registration, or involuntary joinder with statutory persons.

2. That all **remedies sought** in the record—including the Verified Harm Ledger, criminal affidavits, and pending injunction motions—are being lawfully executed under fiduciary duty to protect the integrity of the trust and safety of all beneficiaries.

3. That all correspondence, affidavits, tenders, and notices issued by us are lawfully made under trust authority and fiduciary obligation.

---

## IV. FINAL DECLARATION AND NOTICE

Let the Record reflect:

- We do not **waive** any constitutional, fiduciary, or commercial right.

- We do not **submit** to any jurisdiction not expressly delegated, agreed, or validated by lawful authority.

- We do not accept **service or summons** issued to artificial entities or without proper standing.

---

## V. AFFIRMATION

We solemnly affirm, under penalty of perjury, that:

- The facts stated in this Affidavit are true, correct, and complete to the best of our firsthand knowledge, belief, and overstanding.

- This Affidavit is executed in peace, under **Natural Law**, **Common Law**, and the **Constitution**, by **special appearance only**, for preservation of all lawful rights, claims, remedies, immunities, and defenses.

- We reserve all rights expressly and implicitly under **UCC § 1-308**, and do not consent to the United States or any agency thereof substituting jurisdiction or presumption.

---

**Executed this 15th day of July, 2025**
On the land of the **Michigan Republic**, without the UNITED STATES.

Respectfully declared and noticed,

/s/ Joshua Derby©, sui juris

/s/ Alyssia Warren©, sui juris

*Private Trustees, Stay Rooted Ministries Trust. All Rights Reserved. Without Prejudice. Without Recourse. UCC 1-308.*

**AFFIDAVIT OF CO-PARTICIPANT LIABILITY**
*Filed for the Record — Federal, Private, and Fiduciary Archive*
Under Penalty of Perjury, by Special Appearance Only

Pursuant to:

- Article VI, Clause 3 of the U.S. Constitution
- 42 U.S.C. §§ 1983, 3617, 12203
- 18 U.S.C. §§ 1512, 241–242
- 28 U.S.C. §§ 2201–2202
- Uniform Commercial Code §§ 1-308, 9-607, 9-625

## I. DECLARANTS / AFFIANTS
Joshua Derby© and Alyssia Warren©, sui juris
Private Trustees of Stay Rooted Ministries Trust
c/o 849 E Hickory Street, Beaverton, Michigan Republic [48612]
*All Rights Reserved. Without Prejudice. Without Recourse. UCC 1-308.*

## II. PURPOSE
To declare, for judicial and administrative record, the verified co-participant liability of **Carol Clarkson**, a natural person, in ongoing retaliatory acts, coercive conduct, witness intimidation, and extrajudicial interference related to events documented in U.S. District Court Case No. 1:25-cv-11324-TGB-PTM.

This affidavit is served to Carol Clarkson in her **private and natural person capacity**, distinct from any corporate, marital, or administrative status. It is delivered as a **standalone notice of personal liability** and is not derivative of, or limited by, any notice directed to David Clarkson or Pleasant Beach Mobile Home Resort, LLC. The facts herein are served upon her individually and without presumption of agency immunity.

## III. VERIFIED CO-PARTICIPANT CONDUCT OF CAROL CLARKSON
Carol Clarkson, as cohabitant and material operator within the Pleasant Beach Mobile Home Resort enterprise, did knowingly and willingly participate in and facilitate the following:

1. **Use of Personal Device in Unlawful Acts**
   - Multiple unauthorized communications, including but not limited to: Two retaliatory voicemails on July 15, 2025, were made using Carol Clarkson's phone (586-634-1865), establishing her phone as the primary instrument of coercion.

1

2. **Text-Based Ex Parte Communication (June 30, 2025)**
   o Carol Clarkson sent an unsolicited text message to Mari-Ann Towne stating: *"Just a heads up that Josh and Ally have a court date tomorrow at 10am."* This occurred after lawful rebuttal had already been mailed, and violated the constitutional right to notice under Mullane v. Central Hanover Bank.

3. **Ongoing Silence After Multiple Notices**
   o Carol Clarkson has received multiple certified notices, affidavits, and demands addressed in her professional capacity, yet she has issued no lawful rebuttal or affidavit. This constitutes tacit admission and dishonor under equity.

4. **Facilitation of Extrajudicial Voicemails**
   o While David Clarkson and Carol Clarkson were physically out-of-state - confirmed by publicly available photographs posted to Carol Clarkson's social media profile showing both individuals aboard a yacht or ocean vessel - Carol Clarkson enabled or knowingly permitted the use of her personal phone (number ending in **1865**) to issue unlawful verbal threats and coercive legal demands. Said use of her personal telecommunications device constitutes direct facilitation of retaliatory extrajudicial conduct, knowingly aiding and abetting acts made after formal cease-and-desist notices were served. Screenshots of the referenced social media posts are retained in support of this declaration and will be produced upon lawful demand.
   o **Prior Admission by Co-Actor Acknowledging Role**
     In a previously submitted and judicially noticed affidavit dated April 2025, co-actor David Clarkson explicitly acknowledged (in his own words) that Carol Clarkson was the sender of unlawful text communications issued during active proceedings. This prior statement, entered as part of the Verified Petition to Cease and Desist and Verified Criminal Packet, remains unrebutted. Said admission substantiates Carol Clarkson's operational role in the pattern of extrajudicial coercion and is hereby incorporated by reference as enforceable evidentiary matter. "Carol said a lot" as to that point it was only text. This was in the very first voice message.

5. **Spousal/Business Relationship with Primary Offender**
   o Carol Clarkson shares vested business and spousal interests with David Clarkson. She benefits financially and administratively from efforts to remove Petitioners and resell or retake possession of trust-held property.

6. **Constructive Surveillance & Presence During Coercion**
   o Carol Clarkson was present at the property during key episodes of observed surveillance, unsolicited neighbor comments, and community-based pressure campaigns.

7. **Refusal to Comply with Cease-and-Desist Declarations**
   o Despite being lawfully noticed, Carol Clarkson continued direct contact with Petitioners' family, violating declared cease-and-desist instructions, and contributing to coercive stress and procedural interference.

8. **Failure to Rebut Affidavits Under Oath**
   - As of this date, Carol Clarkson has failed to issue any notarized, sworn rebuttal under penalty of perjury. Her inaction triggers estoppel by silence.
9. **Personal Participation in Procedural Subversion**
   - By coordinating contact attempted to a third party (Mari-Ann Towne) in advance of a state hearing - after federal preemption - Carol Clarkson participated in the undermining of lawful federal process.

10. **Pecuniary Interest and Beneficial Motive**
    - Carol Clarkson, through her association with Pleasant Beach and her co-dependency with David Clarkson, would benefit directly from removal or forced transfer of Petitioners' property, establishing motive.

---

## SECTION IV: EVIDENCE OF TELECOMMUNICATION STRATEGY AND UNDISCLOSED AGENCY

### 1. Pattern of Voicemail and Call Origination via Carol Clarkson's Phone

Affiants hereby enter into the record that **multiple voicemail communications**, including but not limited to those issued on **July 15, 2025**, originated from **Carol Clarkson's personal phone number (586-634-1865)**. Said voicemails were placed by **David Clarkson**, in furtherance of eviction-related threats, post-litigation coercion, and extrajudicial intimidation.

### 2. Legal and Lawful Implications of Shared Instrumentality

Use of a **third-party phone line**, belonging to a close familial relation and presumed co-operator in business and property affairs, establishes the following under law:

- **Evidence of shared operational control**, creating a presumption of **undisclosed agency** under both equity and fiduciary law.
- A **tactical separation of sender identity**, intended to shield the primary actor from direct liability or to obstruct evidentiary authentication.
- Violation of **Article VI, Clause 3** of the U.S. Constitution if either party attempts to circumvent legal notice or conceal co-participant liability.
- A constructive record of **conspiracy to intimidate witnesses** under **18 U.S.C. § 1512(b)**, where communication tools are knowingly and repeatedly shared for unlawful objectives.

### 3. Coordinated Strategy and Evidentiary Inference

The sustained use of Carol Clarkson's device by David Clarkson, for the issuance of extrajudicial threats, **despite ongoing litigation and existing cease-and-desist demands**, supports the following lawful inferences:

- Carol Clarkson is knowingly permitting or authorizing her communication device to be used in a campaign of harassment and procedural coercion.
- This establishes **civil accessory liability** and, where coordination is shown, potential criminal complicity under **42 U.S.C. § 3617** and **18 U.S.C. §§ 1503, 241–242**.

- The tactic itself may constitute **attempted evasion of personal service, record traceability, or accountability** - all actionable under Rule 11(b), Fed. R. Civ. P., and supporting U.S. Supreme Court precedent on procedural integrity (see *Mullane v. Central Hanover Bank*, 339 U.S. 306 (1950)).

**4. Demand for Clarification and Discovery Reservation**

Petitioners hereby reserve all rights to:

- **Subpoena telecommunication records** from the service carrier of the listed number;
- Seek **adverse inference sanctions** if said records or logs are withheld, destroyed, or altered;
- Assert that **any further use** of this or any third-party line for harassment, notice obstruction, or off-record interference constitutes a direct violation of the **Americans with Disabilities Act, the Fair Housing Act**, and the Constitution.

## V. INCORPORATION BY REFERENCE

This Affidavit incorporates by full reference the following:

- Verified Rule 8 Affidavit of Criminal Facts
- Verified Master Harm Ledger (as of July 15, 2025)
- Emergency Notices, Cease-and-Desist Instruments, and Certified Mail Records
- Audio Voicemail Transcripts Dated July 15, 2025 (Exhibits V-1 and V-2)
- All unrebutted affidavits and verified filings previously served on Carol Clarkson

## VI. RELIEF PRESERVED AND CLAIMED

Affiants hereby preserve the right to:

- Enforce personal and commercial liability against Carol Clarkson under UCC §§ 9-607, 9-625
- Convert this Affidavit into a formal lien or instrument upon default
- Demand equitable relief, injunctive protection, and criminal referral
- Name Carol Clarkson in any civil rights litigation under 42 U.S.C. §§ 1983, 3617, or 12203

## VII. EXECUTION AND AFFIRMATION

We solemnly affirm under penalty of perjury that the foregoing is true, correct, and complete to the best of our firsthand knowledge, belief, and understanding.

Executed this 16th day of July, 2025
On the land known as the Michigan Republic, without the UNITED STATES

Respectfully Declared and Noticed,

/s/ Joshua Derby©, sui juris

/s/ Alyssia Warren©, sui juris

*Private Trustees, Stay Rooted Ministries Trust*
*All Rights Reserved. Without Prejudice. Without Recourse. UCC 1-308.*

5

**Exhibits V-1 and V-2**

**V-1:**
7/15/2025 at approximately 12pm
From (Carol Clarkson's phone) Dave Clarkson speaking to Joshua Derby.


"Josh, this is Dave Clarkson. I got another package from ya yesterday. I didn't sign for it and I'm not gonna sign for any more of 'em, so save yourself the mailing fee or whatever and don't send me anymore of that shit 'cause I ain't gonna accept it. Number One. Number Two, I got a judgment on ya and uh ya have to pay the rent and ya got 90 days to sell your house or move it out of my mobile home park. That's Michigan Law. So, um, you haven't paid me now for July, has he? Oh he did pay. Okay, well I guess he did pay. Alright well anyway, you still got 90 days to remove the home from the park and uh, or sell it. You know, and I don't really think you can remove it so I think you need to sell it. So why don't you put on your big boy pants, give me a call and uh, we'll try to remedy this and you know I wanna tell you something else. You know, Josh, I never had a thing against ya and that day when I tried to get ahold of you from Florida, all you had to do was pick up the phone and say sorry dave, i'll turn the music down and everything would have been just fine with me. Alright, give me a call. Call me on Carol's phone 586-634-1865, but don't send anymore stuff to my house. Thank you."


**V-2:**
7/15/2025 at approximately 12pm
From (Carol Clarkson's phone) Dave Clarkson speaking to Grandma (Mari-Ann Towne).


"Mari-Ann, Dave Clarkson. Uh, I just left Josh a message. I told him, he keeps sending me these small books and uh I told him quit sending 'em 'cause I'm not gonna accept 'em, that's number one on my list. Number two on my list, I'm not sure if you own that home. My last records show that you own it and uh anyway, I'm gettin paid for the rent and what the law says is you got 90 days to remove it from the mobile home park or sell it in the mobile home park and of course I'd have to approve the buyer. In the event you own that thing and I think that's the event we're talking about here, you're kinda on the hook for it, so um why don't you give me a call. Maybe we can make a deal on it. I'll just give you some money and you guys walk away. And you know Mari-Ann, I want you to know just for the record, I called Josh from Florida I just asked him to turn his music down and he went all crazy. All he had to do was say dave sorry i'll turn it down, end of story. We wouldn't be having any events like this at all. He's the one that chose to go into idiot mode. So that's all I have to say about this uh, I mean I can get the sheriff out here and he'll uh they'll drag it out of here or tear it down. I don't know what they'll do, but they'll get rid of it for me."

