37

**UNITED STATES OF AMERICA**
**MICHIGAN REPUBLIC – GLADWIN COUNTY**

25-11324

**DEMAND FOR REPOSSESSION**
**AND NOTICE OF PERFECTED SECURITY AGREEMENTS**

*By Special Appearance Only – In Honor – Exclusive Equity Jurisdiction*

**FROM:**
Joshua Derby© and Alyssia Warren©, sui juris
*Private Fiduciaries   Stay Rooted Ministries Trust©*
℅ 849 E Hickory Street, Beaverton, Michigan Republic [48612]



F I L E D

AUG 1 9 2025

**CLERK'S OFFICE DETROIT**

**TO:**
Gladwin County Sheriff's Department
℅ Sheriff Michael Shea & All Applicable Agents (including Shane O'Keefe and Lt. Chad Smith)
501 West Cedar Avenue, Gladwin, Michigan 48624

**CC:**
David Clarkson (Individually) *Private Legal Notice*
℅ 4991 Wixom Drive, Beaverton, MI 48612

Carol Clarkson (Individually) *Private Legal Notice*
℅ 4991 Wixom Drive, Beaverton, MI 48612

Pleasant Beach Mobile Home Resort, LLC
℅ David Clarkson and Carol Clarkson, Trustees/Agents
**4991 Wixom Drive, Beaverton, Michigan 48612**

**CC:**
Judge Joshua M. Farrell (Individually and Officially) - *Private Legal Notice*
℅ 401 West Cedar Avenue, Gladwin, Michigan 48624

**TO BE ENTERED INTO RECORD**
*Nunc pro tunc to July 25, 2025*
**Reaffirmed this 12th Day of August, 2025**

## I. FORMAL LAWFUL DEMAND

We hereby **demand immediate restoration of peaceful possession and access** to the property and domicile at:

℅ 849 E Hickory Street, Beaverton, Michigan Republic [48612]

This demand is made under:

- **Perfected Security Agreements** JDD-02142017-SA1 and AMW-02142017-SA1, executed and on file with the Michigan Department of State (refer to **Exhibit A**);
- Fiduciary authority as Private Trustees of Stay Rooted Ministries Trust©;
- Verified Testimonies Under God entered into the equitable record;
- Article III, Amendments IV & V to the Constitution for the United States of America (1787);
- Peonage Abolition Act, 14 Stat. 546;
- Civil Rights Act of 1871, 18 Stat. 335;
- Equity Rules 3 and 47.

## II. NOTICE OF BREACH AND BAD FAITH

On ~April 25, 2025, Petitioners lawfully served the Gladwin County Sheriff's Office with a verified *Notice of Constitutional Protections and Fee Schedule*, establishing the governing constitutional boundaries and contractual terms for any public officer interaction with the trust estate. Said notice remains unrebutted and in full force and effect, and is hereby incorporated into this Demand for Repossession by reference and attached hereto as **Exhibit B**.

## III. BASIS IN EQUITY AND TITLE

The *Stay Rooted Ministries Trust©* holds **superior equitable and possessory title** to the domicile. The July 25, 2025 breach occurred **without lawful writ** from an Article III court, relied on third-party actors without bond, and violated secured fiduciary property rights.
The Sheriff's public admission of third-party enforcement confirms absence of lawful process (See **Exhibit C**).

## IV. REQUIRED ACTION

1. Remove all locks, barriers, or converted control placed on the domicile.
2. Restore peaceful possession and protect against further trespass.

Demand for Repossession                                                           2

3. Provide copy of lawful writ, judicial bond, and verified complaint if possession is not restored.

Failure to comply within **five (5) business days** will result in escalation to:

- Federal injunction and declaratory relief;
- HUD and DOJ civil rights enforcement;
- Fiduciary liens and equity sanctions under 18 Stat. 335.

## V. PRESERVATION OF EQUITY

Judicial notice is invoked under Federal Rules of Evidence 201(d) & 603;
Proceeding in exclusive equity under Article III, Section 2;
Constructive Trust, Replevin, Equitable Estoppel, and Injunctive Relief apply.

## VI. EXECUTION

Let it be preserved and entered as part of the Demand for Repossession Packet and Fiduciary Record of Stay Rooted Ministries Trust©.

So help me God, on this 12th day of August, 2025 on the land of Michigan Republic.
*Nunc pro tunc to July 25, 2025.*

/s/ Joshua Derby©, sui juris

*Joshua derby©, sui juris*

/s/ Alyssia Warren©, sui juris

*alyssia Warr© , sui juris*

**Without Recourse, Without Prejudice, All Rights Reserved, Without Waiver, Without Submission.** *Nunc pro tunc ab initio.*

# PRIVATE LEGAL NOTICE

### PRIVATE EXCLUSIVE EQUITY RECORD
### NON-NEGOTIABLE — NON-TRANSFERABLE

This mailing constitutes a private, sovereign communication under Divine Law, Natural Law, Common Law, Exclusive Equity Jurisdiction, and the Constitution for the united States of America (circa 1787).

This package contains private property filings and records.
 It is NOT an offer to contract, and it is NOT subject to administrative, statutory, or corporate authority.

Receipt of this package constitutes acknowledgment and acceptance of private legal notice only.

Handle with Honor, Peace, and Full Faith.

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

*WITHOUT RECOURSE, WITHOUT PREJUDICE, ALL RIGHTS RESERVED, WITHOUT SUBMISSION, WITHOUT WAIVER.*

# PRIVATE LEGAL NOTICE

### PRIVATE EXCLUSIVE EQUITY RECORD
### NON-NEGOTIABLE — NON-TRANSFERABLE

This mailing constitutes a private, sovereign communication under Divine Law, Natural Law, Common Law, Exclusive Equity Jurisdiction, and the Constitution for the united States of America (circa 1787).

This package contains private property filings and records.
 It is NOT an offer to contract, and it is NOT subject to administrative, statutory, or corporate authority.

Receipt of this package constitutes acknowledgment and acceptance of private legal notice only.

Handle with Honor, Peace, and Full Faith.

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

*WITHOUT RECOURSE, WITHOUT PREJUDICE, ALL RIGHTS RESERVED, WITHOUT SUBMISSION, WITHOUT WAIVER.*

**UNITED STATES OF AMERICA**
**MICHIGAN REPUBLIC**

25-11324

## UNIVERSAL MASTER NOTICE

**DEMAND FOR RESTORATION OF POSSESSION, MANDATORY JUDICIAL NOTICE, AND ADA TITLE II ENFORCEMENT**

*By Special Appearance Only – In Honor – Exclusive Equity Jurisdiction - For Sacred Record Entry and Protective Use*



FILED

AUG 19 2025

CLERK'S OFFICE
DETROIT

**FROM:**
Joshua Derby© and Alyssia Warren©, sui juris
Private Fiduciaries — Stay Rooted Ministries Trust©
℅ 849 E Hickory Street
Beaverton, Michigan Republic [48612]

**TO:** Pleasant Beach Mobile Home Resort, LLC — ℅ David and Carol Clarkson, Trustees/Agents
4991 Wixom Drive
**Beaverton, Michigan 48612**

David Clarkson (Individually) — Private Legal Notice
℅ 4991 Wixom Drive
Beaverton, Michigan 48612

Carol Clarkson (Individually) — Private Legal Notice
℅ 4991 Wixom Drive
Beaverton, Michigan 48612

Gladwin County Sheriff's Office — Sheriff Michael Shea & All Applicable Agents (including Shane O'Keefe and Lt. Chad Smith)
501 West Cedar Avenue
Gladwin, Michigan 48624

Gladwin County Prosecutor — Mark Toaz & All Applicable Agents
401 West Cedar Avenue
Gladwin, Michigan 48624

Cover Letter

**1**

Clerk of Court
80th District Court — Gladwin County
RE: State Case No. 25-33268-LT
401 West Cedar Avenue
Gladwin, Michigan 48624

Judge Joshua M. Farrell (Individually and Officially) — Private Legal Notice
RE: State Case No. 25-33268-LT
℅ 80th District Court — Gladwin County
401 West Cedar Avenue
Gladwin, Michigan 48624

Clerk of Court
U.S. District Court for the Eastern District of Michigan
RE: Federal Case No. 2:25-cv-12091
231 West Lafayette Blvd
Detroit, Michigan 48226

Chief Judge Sean F. Cox — U.S. District Court for the Eastern District of Michigan
RE: Federal Case No. 2:25-cv-12091
231 West Lafayette Blvd
Detroit, Michigan 48226

U.S. Marshals Service — Detroit Field Office
231 West Lafayette Blvd, Suite 330
Detroit, Michigan 48226

U.S. Attorney — Eastern District of Michigan — Attn: Criminal Division Chief
211 West Fort Street, Suite 2001
Detroit, Michigan 48226

---

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

---

## I. STANDING AND AUTHORITY

We, the undersigned, are the lawful Private Fiduciaries of Stay Rooted Ministries Trust©, holding perfected equitable title and possessory interest in the private domicile and trust res located at:
℅ 849 E Hickory Street, Beaverton, Michigan Republic [48612].

This standing is supported by:

- Perfected Security Agreements executed April 20, 2025, duly recorded and on file with the Michigan Department of State;
- Verified Testimonies Under God entered nunc pro tunc to April 16, 2025;
- Exclusive equity jurisdiction under Article III, Section 2 of the Constitution for the United States of America (1787);
- Disability protections under the Americans with Disabilities Act of 1990, Pub. L. 101-336 (104 Stat. 327), binding upon all public officers and their private agents.

## II. FORMAL DEMAND

You are hereby lawfully ORDERED to restore peaceful possession, unbarred access, and full control of the above-described property to the undersigned within **five (5) business days** of receipt of this Notice.

Such restoration shall include:

1. Immediate removal of any and all unlawful locks, barriers, or converted controls;

2. Immediate cessation of interference, surveillance, or trespass;

3. Sheriff's protection against further intrusion by adverse parties;

4. Written confirmation of compliance delivered to the undersigned within the same five (5) day period.

## III. MANDATORY JUDICIAL NOTICE AND PRESERVATION OF EQUITY

Pursuant to Federal Rule of Evidence 201(d) and 603, and Equity Rules 3 and 47, you are hereby ordered and commanded to take Mandatory Judicial Notice of:

- The perfected, unrebutted equitable record establishing standing, injury, and the right of equitable recovery;
- The breach and unlawful seizure occurring July 25, 2025, absent lawful writ or judicial bond;
- The ADA Title II violations resulting from denial of reasonable accommodation and exclusion of a protected fiduciary household from their trust-held domicile.

## IV. NOTICE OF ESCALATION

Failure to comply within the stated deadline will result in immediate escalation to:

- Filing for federal injunction and declaratory relief;
- Lodging of a fiduciary lien for wrongful seizure and trespass;
- Formal complaint to the Civil Rights Division of the U.S. Department of Justice;
- Enforcement action under 18 Stat. 335 (Civil Rights Act of 1871) and 14 Stat. 546 (Peonage Abolition Act).

## V. ENCLOSED DOCUMENTS

1. This Cover Letter - *4 pages*
2. Demand for Repossession and Notice of Perfected Security Agreements - *3 pages*
3. Affirmation Under God for Entire Equity Record - *2 pages*
4. Exhibit Index (A-D) - *1 page*
5. Testimony Under God of Protected Household Status - *5 pages*
6. Testimony Under God - Declaration of Irreparable Harm to Protected Household - *3 pages*
7. **Testimony Under God of Court Refusal of Emergency Packet Following Unlawful Breach** - *3 pages*
8. Exhibits A-D

## VI. EXECUTION AND AFFIRMATION

We solemnly affirm under penalty of perjury, under the supreme law of the Land, that the foregoing is true, correct, and entered in peace, honor, and full faith, without waiver or submission to any foreign jurisdiction.

So help me God, on this 12th day of August, 2025 on the land of Michigan Republic.

/s/ Joshua Derby©, sui juris

*joshua denby© sui juris*

**/s/ Alyssia Warren©, sui juris**

*alyssia Warn © , sui juris*

**Without Recourse, Without Prejudice, All Rights Reserved, Without Waiver, Without Submission.** *Nunc pro tunc ab initio.*

# EXHIBIT INDEX

**Stay Rooted Ministries Trust© - Private Evidentiary Record**
℅ 849 E Hickory Street, Beaverton, Michigan Republic [48612]

| Exhibit | Title / Description | Date(s) |
|---|---|---|
| A | **Joshua Derby's Private Security Agreement** (*JDD-02142017-SA1*) & **Alyssia Warren's Private Security Agreement** (*AMW-02142017-SA1*) | April 20, 2025 |
| B | **Notice of Constitutional Protections and Private Administrative Fee Schedule** (*Certified Mail Tracking #: 9589 0710 5270 0871 1934 57*) | April 25, 2025 |
| C | **Public Notice by Gladwin County Sheriff's Office** *Delegating Eviction Powers to Shane O'Keefe / Dare Investigations* | July 30, 2025 |
| D | **A copy of refused mail, done so by the 80th District Court in Gladwin County, from August 7, 2025** (*Certified Mail No. 9589 0710 5270 0602 0414 60*) | August 7, 2025 |

**UNITED STATES OF AMERICA**
**MICHIGAN REPUBLIC**

25 - 11324

---

**AFFIRMATION UNDER GOD FOR ENTIRE EQUITY RECORD**

*By Special Appearance Only – In Honor – Exclusive Equity Jurisdiction - For Sacred Record Entry and Protective Use*

**FROM:**
Joshua Derby© and Alyssia Warren©, sui juris
Private Fiduciaries - Stay Rooted Ministries Trust©
c/o 849 E Hickory Street
Beaverton, Michigan Republic [48612]

**TO BE ENTERED INTO RECORD**
*Nunc pro tunc to April 16, 2025*
Reaffirmed this 12th Day of August, 2025

F I L E D
AUG 19 2025
**CLERK'S OFFICE**
**DETROIT**

---

**I. FORMAL EQUITY AFFIRMATION**
We solemnly affirm under penalty of perjury, under Natural Law, Common Law, and the Constitution for the United States of America, that the foregoing facts, exhibits, and declarations contained in this entire record are true, correct, and complete to the best of Our firsthand knowledge and belief.

This Affirmation governs and authenticates every exhibit, testimony, and declaration included within this packet, whether incorporated by reference or attached hereto, and stands as the final and binding verification of the equitable record.

---

**II. JURISDICTIONAL STATUS**
This execution is made in peace, honor, and full faith, without granting or implying consent to any foreign, corporate, administrative, statutory, or commercial jurisdiction. We act solely under our private fiduciary capacity, in exclusive equity, as real parties in interest.

All rights, liberties, immunities, remedies, and defenses are fully and expressly reserved, including but not limited to all rights secured under the Constitution for the United States of America (1789) and the Bill of Rights (1791).

---

## III. LEGAL EFFECT

This Affirmation is entered nunc pro tunc ab initio to April 16, 2025, thereby binding and perfecting the equitable record from the inception of injury through the date of execution, without waiver, submission, or prejudice.

This Honorable Court is bound by:

- **Federal Rule of Evidence 201(d)** - Mandatory Judicial Notice;
- **Federal Rule of Evidence 603** - Solemn Declaration to God;
- **Equity Rule 3 (1912)** - Restyling of pleadings where remedy at law fails;
- **Equity Rule 47 (pre-1938)** - Preservation and correction of the equitable record.

## IV. TESTAMENTARY AFFIRMATION UNDER GOD

Let it be preserved and entered as part of the Demand for Repossession Packet and Fiduciary Record of Stay Rooted Ministries Trust©.

So help me God, on this 12th day of August, 2025 on the land of Michigan Republic.
*Nunc pro tunc to April 16, 2025.*

Respectfully declared and noticed,

/s/ Joshua Derby©, sui juris

/s/ Alyssia Warren©, sui juris

***Private Fiduciaries - Stay Rooted Ministries Trust©***
**Without Recourse, Without Prejudice, All Rights Reserved, Without Waiver, Without Submission. *Nunc pro tunc ab initio.***

**UNITED STATES OF AMERICA**
**MICHIGAN REPUBLIC**

25·11324

---

**TESTIMONY UNDER GOD OF PROTECTED HOUSEHOLD STATUS**

*By Special Appearance Only - In Honor - Exclusive Equity Jurisdiction - For Sacred Record Entry and Protective Use*

**FROM:**
**Joshua Derby©** and **Alyssia Warren©**, sui juris
Private Fiduciaries – Stay Rooted Ministries Trust©
℅ 849 E Hickory Street
Beaverton, Michigan Republic [48612]

**TO BE ENTERED INTO RECORD**
*Nunc pro tunc to April 16, 2025*
Reaffirmed this 12th Day of August, 2025



FILED
AUG 19 2025
CLERK'S OFFICE
DETROIT

---

**I. FORMAL EQUITY DECLARATION OF STATUS, AUTHORITY, AND OCCUPANCY**

**Comes now Joshua Derby© and Alyssia Warren©**, living man and woman of lawful age, making this Verified Testimony Under God solely in our private and fiduciary capacity, as real parties in interest, outside commercial jurisdiction, under exclusive equity and without submission to administrative or corporate law forms.

We are the exclusive occupants and fiduciary stewards of the dwelling located at:
℅ 849 E Hickory Street, Beaverton, Michigan Republic [48612].

This domicile is a protected private household, occupied under authority of Stay Rooted Ministries Trust© and governed solely under private trust law, natural equity, and divine order.

We hold no commercial lease.
We operate under no public franchise.
We have waived no natural or equitable rights.
We are domiciled under full private authority, without foreign encroachment or adhesion.

---

## II. DISABILITY STATUS AND CONTINUOUS CAREGIVING

**Let the record show and remain permanent that:**
Joshua Derby© is a physically disabled man, wheelchair-bound, and medically dependent upon stabilized living conditions, access to his care structure, and protection from state-created disturbance or displacement.

Alyssia Warren© is the full-time, voluntary caregiver, co-fiduciary, and lawful protector in equity to both Joshua Derby© and the minor child domiciled within the household, said child being a protected trust beneficiary appearing solely through lawful fiduciaries. In this capacity, she acts under the mandates of the Americans with Disabilities Act of 1990 (Public Law 101-336, 104 Stat. 327) and established principles of equity jurisprudence, ensuring non-discrimination, equal access, and protection of the trust estate and its beneficiaries.

This living household operates under a lawful duty of preservation, peace, and equity, not under any statutory benefit or imposed contract.

No part of this arrangement is entered under license, corporate charter, or state dependency. We claim our status and our occupancy as protected and lawful, in honor and in truth.

## III. PRESENCE OF A MINOR CHILD AND NOTICE OF FAMILY UNIT

**Let it further be declared:**
A minor child, issue of this household and protected under the Constitution and divine law, is domiciled at the same address under the exclusive care, instruction, and jurisdiction of the fiduciaries of the Stay Rooted Ministries Trust©.

No government officer, judge, or actor may lawfully order or insinuate the removal, exclusion, or erasure of the child from equity filings.

Attempts by any court actor to suppress recognition of the household's lawful composition constitute constructive fraud, maladministration, and color-of-law retaliation.

## IV. APPLICABLE LAWFUL PROTECTIONS IN EXCLUSIVE EQUITY

We now perfect this equitable testimony under the following binding authorities:

- Article III, Section 2 – Constitution for the United States of America (1787)
- Amendment IV – Protection against unreasonable searches, seizures, and invasions
- Amendment V – Right to due process; private property not taken without just compensation

- Amendment IX – Reservation of unenumerated rights retained by the People
- Amendment X – Powers not delegated are reserved to the People and to the States
- Public Law 101-336 (104 Stat. 327) – Americans with Disabilities Act of 1990
- 14 Stat. 546 – Peonage Abolition Act of 1867
- 18 Stat. 335 – Civil Rights Act of 1871
- 42 Stat. 1019 – Equity Jurisdiction Act of 1922
- Federal Rule of Evidence 201(d) – Mandatory Judicial Notice
- Federal Rule of Evidence 603 – Verified Testimony under Solemn Declaration to God
- Equity Rule 3 (1912) – Restyling of pleadings where remedy at law fails
- Equity Rule 47 – Right to correct or amplify record in equity

This record is not a statutory pleading.
This record is not a claim of benefit.
This is verified equitable testimony, entered under divine authority, perfected by conscience and trust.

---

## V. DECLARATION OF UNLAWFUL RETALIATION AND PUBLIC FRAUD

**Let it be formally noticed that:**

On July 25, 2025, agents of Pleasant Beach Mobile Home Resort, LLC, in concert with members of the Gladwin County Sheriff's Office and under claimed instruction of a deputy, trespassed upon and forcibly entered the trust-held domicile without lawful writ or verified complaint.

Per recorded testimony, the landlord David Clarkson admitted that a sheriff's deputy advised him to change the locks and exclude the occupants - an unlawful directive executed without any Article III order, without a lawful eviction writ, and in breach of constitutional protections.

Our attempts to invoke equity protections, housing rights, and ADA guarantees have been met with judicial bias, threats, and exclusion by public officers lacking Article III standing or verified jurisdiction.

Our prior filings have been dismissed, our fiduciary rights ignored, and the lawful recognition of our minor child as a harmed party suppressed on the record by commercial courts operating ultra vires.

Such conduct constitutes trespass upon protected status, equitable breach, and actionable harm under federal and equitable trust principles.

---

## VI. AFFIRMATION UNDER GOD AND DEMAND FOR NOTICE PRESERVATION

We, Joshua Derby© and Alyssia Warren©, do solemnly declare:

- That we speak the whole truth, without fear, coercion, or contract;
- That our home is protected;
- That our family unit is inviolable;
- That our trust is lawful, and our caregiving status permanent;
- That no rebuttal has lawfully overcome our status since April 25, 2025;
- That any further attempt to remove, displace, silence, or threaten us constitutes a breach of peace and equity punishable under constitutional and fiduciary law.

This declaration stands now and forever as our lawful record, entered for the protection of our household, and shall be enforceable without further pleading.

## VII. MANDATORY JUDICIAL NOTICE AND PRESERVATION OF EQUITY

This Honorable Court is hereby ordered and commanded under binding authority of the Federal Rules of Evidence and established equity jurisprudence to take Mandatory Judicial Notice of the following:

- Verified Testimony Under God, entered nunc pro tunc to April 25, 2025;
- A perfected, unrebutted record establishing standing, injury, and the right of equitable recovery;
- Prior obstruction by administrative misclassification, now lawfully cured nunc pro tunc.

Petitioners invoke judicial duty under:

- Federal Rule of Evidence 201(d) – requiring judicial notice upon request where the matter is not subject to reasonable dispute;
- Federal Rule of Evidence 603 – affirming the admissibility and solemnity of testimony made under a declaration to God, binding upon the conscience of the living declarant;
- Equity Rule 3 (1912) – permitting the restyling and re-entry of pleadings in equity where legal remedy has failed;
- Equity Rule 47 (pre-1938) – preserving the right to amplify, correct, or reassert the record where justice demands.

This matter is governed by Article III, Section 2 of the Constitution for the United States of America (1787), and is entered solely under the original jurisdiction in equity, without consent to statutory overlay, administrative procedure, or commercial presumption.

The verified equitable record herein invokes the law of:

- Constructive Trust
- Replevin
- Equitable Estoppel
  Declaratory Relief

- Injunction and Fiduciary Oversight

This Court is now bound by law and by conscience to proceed in honor, equity, and good faith, without delay, obstruction, or further misdesignation of jurisdiction.

## VIII. TESTAMENTARY AFFIRMATION UNDER GOD

This Testimony Under God is entered nunc pro tunc to April 25, 2025, and shall govern all subsequent filings, appearances, and equity claims. Let it be treated as solemn, lawful, and binding upon all parties with notice, present or future.

Let it be preserved and entered as part of the Demand for Repossession Packet and Fiduciary Record of Stay Rooted Ministries Trust©.

So help me God, on this 12th day of August, 2025 on the land of Michigan Republic.
*Nunc pro tunc to April 16, 2025.*

/s/ **Joshua Derby©**, sui juris

/s/ **Alyssia Warren©**, sui juris

*Private Fiduciaries - Stay Rooted Ministries Trust©*
**Without Recourse, Without Prejudice, All Rights Reserved, Without Waiver, Without Submission.**

**UNITED STATES OF AMERICA**
**MICHIGAN REPUBLIC**

25 11324

**TESTIMONY UNDER GOD**
**DECLARATION OF IRREPARABLE HARM TO PROTECTED HOUSEHOLD**

*By Special Appearance Only – In Honor – Exclusive Equity Jurisdiction - For Sacred Record Entry and Protective Use*

**FROM:**
**Joshua Derby©** and **Alyssia Warren©**, sui juris
Private Fiduciaries – Stay Rooted Ministries Trust©
℅ 849 E Hickory Street
Beaverton, Michigan Republic [48612]

**TO BE ENTERED INTO RECORD**
*Nunc pro tunc to April 16, 2025*
Reaffirmed this 12th Day of August, 2025



FILED
AUG 19 2025
CLERK'S OFFICE
DETROIT

## I. LAWFUL STANDING AND PURPOSE

We, Joshua Derby© and Alyssia Warren©, sui juris, make this Verified Testimony Under God for the lawful record. This declaration is issued under full capacity and conscience, by living man and woman, in exclusive equity.

We affirm that we are the private fiduciaries of our protected household and trust property, domiciled at ℅ 849 E Hickory Street, and rightful equitable beneficiaries of the public trust.

This Testimony is entered *nunc pro tunc* to April 16, 2025, the date upon which irreversible harm first began under unlawful actions and breaches of the peace.

This record is filed for lawful evidentiary notice, protective adjudication, and preservation of equity under:

- Article III, Section 2 – Constitution for the United States of America (1787)
- Amendment IV – Protection against unreasonable searches, seizures, and invasions
- Amendment V – Due process and private property protections
- Amendment IX – Reservation of rights to the People
- Amendment X – Powers reserved to the People and the States
- 14 Stat. 546 – Peonage Abolition Act of 1867

- 18 Stat. 335 – Civil Rights Act of 1871
- 42 Stat. 1019 – Equity Jurisdiction Act of 1922
- Public Law 101-336 (104 Stat. 327) – Americans with Disabilities Act of 1990
- Federal Rules of Evidence 201(d) and 603
- Equity Rules 3 and 47 (1912)

## II. VERIFIED FACTS OF ONGOING IRREPARABLE HARM

We hereby solemnly testify:

- That Joshua Derby© is a disabled man, confined to a wheelchair, requiring continuous physical assistance, lawful access to medical equipment, and stable housing.
- That Alyssia Warren© is a full-time caregiver and fiduciary guardian, providing care to both Joshua Derby© and the minor child domiciled within the trust-held property, said child being a protected beneficiary under exclusive fiduciary care.
- That on or about April 16, 2025, our protected domicile came under threat by parties acting without lawful writ, violating federal due process, and ignoring lawful private notices.
- That on July 25, 2025, agents of Pleasant Beach Mobile Home Resort, LLC, acting in concert with members of the Gladwin County Sheriff's Office and under claimed instruction of a deputy **(per recorded testimony)**, forcibly entered the domicile, changed the locks, and excluded the occupants without judicial order, lawful bond, or Article III jurisdiction.
- That the above actions were taken in color of law, without constitutional authority, and in violation of binding equitable protections.
- That the breach and subsequent lockout resulted in:
    - Physical and emotional trauma;
    - Denial of ADA protections;
    - Disruption of medical needs;
    - Ongoing fear of re-injury or retaliation;
    - Threat to housing and fiduciary trust property;
    - Threat to family unity, minor child's stability, and caregiver protections.

- That repeated attempts to seek remedy through law have been constructively denied, ignored, or met with prejudice and dismissal by public officers acting outside equity and without lawful Article III findings.
- That our trust-held rights, family integrity, lawful status, and quiet enjoyment of property have suffered irreparable harm.
- That this harm is live and ongoing, with no adequate legal remedy available, and thus requires equitable adjudication and protection immediately.

## III. DEMAND FOR EQUITABLE RELIEF

We now demand, under conscience and equity:

- Judicial recognition of our exclusive equitable standing, free from commercial or administrative presumption;
- Formal acknowledgment of irreparable harm sustained since April 16, 2025;
- Immediate protection of our trust-held domicile, household, and rights;
- Injunctive relief and equitable remedy under Article III;

We invoke the exclusive jurisdiction of equity, and affirm that only this Court sitting in its original equity capacity has lawful authority to preserve our household and prevent further irreparable harm.

## IV. TESTAMENTARY AFFIRMATION UNDER GOD

We testify with full knowledge, without fear, coercion, submission, or waiver. Every fact stated herein is true, correct, and based on firsthand knowledge and experience. This record is made solely for equitable preservation and relief.

Let it be preserved and entered as part of the Demand for Repossession Packet and Fiduciary Record of Stay Rooted Ministries Trust©.

So help me God, on this 12th day of August, 2025 on the land of Michigan Republic.
*Nunc pro tunc to April 16, 2025.*

/s/ Joshua Derby©, sui juris

*Joshua Derby©, sui juris*

/s/ Alyssia Warren©, sui juris

*Alyssia Warren©, sui juris*

**Private Fiduciaries - Stay Rooted Ministries Trust©**
**Without Recourse, Without Prejudice, All Rights Reserved, Without Waiver, Without Submission.**

**UNITED STATES OF AMERICA**
**MICHIGAN REPUBLIC – GLADWIN COUNTY**

25-11324

**TESTIMONY UNDER GOD OF COURT REFUSAL OF EMERGENCY PACKET FOLLOWING UNLAWFUL BREACH**

*By Special Appearance Only – In Honor – Exclusive Equity Jurisdiction - For Sacred Record Entry and Protective Use*

**FROM:**
Joshua Derby© and Alyssia Warren©, *sui juris*
℅ 849 E Hickory Street
Beaverton, Michigan Republic [48612]



**FILED**
AUG 19 2025
**CLERK'S OFFICE**
**DETROIT**

**DATE:** August 12, 2025

---

## I. PURPOSE

We, Joshua Derby© and Alyssia Warren©, Private Fiduciaries of the Stay Rooted Ministries Trust©, hereby enter this sworn testimony to lawfully preserve and record the willful refusal by the 80th District Court to accept and process an **Emergency Packet** lawfully transmitted in response to the **unlawful breach of domicile** that occurred on July 25, 2025. This testimony is made under the supreme law of the Land, and before Almighty God, as final witness and judge of all truth.

---

## II. FACTUAL ACCOUNT

1. On July 25, 2025, agents of Pleasant Beach Mobile Home Resort, LLC, acting in concert with or under the direction of parties identified as "the cops" from David Clarkson himself, and further within the scope of the Gladwin County Sheriff's Office's publicly delegated eviction enforcement authority to private actor Shane O'Keefe, unlawfully breached the trust-held domicile at ℅ 849 E Hickory Street, Beaverton, Michigan Republic, forcibly entered, and changed the locks without lawful writ, judicial bond, or verified complaint.

2. In immediate response, we prepared and transmitted an **Emergency Packet** of lawful notices, affidavits, and evidentiary exhibits to the **80th District Court** on **July 31, 2025**, seeking immediate redress, record entry, and lawful intervention.

3. The Emergency Packet was transmitted by **Certified Mail No. 9589 0710 5270 0602 0414 60** with **Return Receipt Requested No. 9590 9402 9024 4122 8058 58,** addressed correctly to the 80th District Court, and prepared in compliance with constitutional and equitable standards.

4. The packet was refused in its entirety by the 80th District Court on **August 7, 2025,** left **unopened,** and returned to us inside a **plastic evidence-style bag** (Refer to **Exhibit D).**

5. The refusal occurred despite the nature of the packet as an emergency filing directly connected to ongoing judicial misconduct and the unlawful breach of federally protected property.

## III. LAWFUL SIGNIFICANCE UNDER EXCLUSIVE EQUITY

1. Under exclusive equity, refusal to accept lawful process when tendered by certified means constitutes:

   - Willful **obstruction of lawful process** (18 Stat. 335).
   - **Dereliction of ministerial duty** owed by a court of record to the People.
   - **Suppression of evidence** and denial of lawful access to redress.

2. Refusal following an emergency event of unlawful breach transforms the act into **active concealment of felony-level conduct**, binding the refusing party in **permanent estoppel** and confirming the truth of all unrebutted claims therein.

3. The refusal also functionally removes the 80th District Court from any claim to lawful jurisdiction in matters concerning the trust-held property and related harm ledger entries.

## IV. NOTICE OF RECORD ENTRY FOR CRIMINAL REFERRAL

1. This testimony and its supporting postal evidence are now entered into the permanent exclusive equity record.
2. This record shall be appended to any other appropriate lawful venue.
3. The act of refusal on August 7, 2025 shall be presented as **direct evidence** of obstruction, concealment, and unlawful evasion of public duty.

## V. TESTAMENTARY AFFIRMATION UNDER GOD

We affirm before Almighty God, under penalty of perjury under the laws of the United States of America, that the foregoing testimony is true, correct, and based upon firsthand knowledge. We make this testimony freely, voluntarily, and without waiver of any rights, for preservation in the sacred and public record.

Let it be preserved and entered as part of the Demand for Repossession Packet and Fiduciary Record of Stay Rooted Ministries Trust©.

Executed this 12th day of August, 2025, by the undersigned:

/s/ Joshua Derby©, sui juris

/s/ Alyssia Warren©, sui juris

**Private Fiduciaries - Stay Rooted Ministries Trust©**
**Without Recourse, Without Prejudice, All Rights Reserved, Without Waiver, Without Submission.**

 

# EXHIBIT A

**PRIVATE ADMINISTRATIVE RECORD**  JDD-02142017-SA1

## SECURITY AGREEMENT

**THIS SECURITY AGREEMENT** is made and entered into this 20th day of April, 2025, by and between:

Debtor:
JOSHUA DAVID DERBY©
c/o P.O. Box 26, Edenville, Michigan Republic [48620]
(hereinafter referred to as "Debtor")

AND

Secured Party Creditor:
joshua-david; derby TRUST,
c/o P.O. Box 26, Edenville, Michigan Republic [48620]
(hereinafter referred to as "Secured Party")

## 1. GRANT OF SECURITY INTEREST

For valuable consideration, Debtor hereby grants to Secured Party a continuing security interest in all of Debtor's rights, titles, interests, and claims in and to the Collateral described herein, to secure all obligations, debts, demands, claims, and liabilities, whether now existing or arising hereafter, absolute or contingent.

## 2. DESCRIPTION OF COLLATERAL

Collateral includes, without limitation: All rights, titles, interests, and claims in and to the Debtor's body, mind, soul, spirit, energy field, DNA, blood, fingerprints, facial scans, biological property, real and personal property, conveyances, accounts, assets, contracts, documents, licenses, trusts, and titles; public and private records, securities, financial accounts, bank accounts, benefits, and entitlements; intellectual property, familial lineage rights, biological progeny; proceeds, products, replacements, profits; digital assets, crypto accounts, websites, email accounts, and future technologies; all present and future property, tangible or intangible, corporeal or incorporeal, wheresoever situated.

## 3. DEBTOR'S WARRANTIES AND DUTIES

Debtor warrants and agrees that:
- Debtor is the lawful holder of rights in the Collateral and has authority to grant this Security Interest.
- Debtor shall not sell, transfer, conceal, encumber, or otherwise dispose of the Collateral without Secured Party's written permission.
- Debtor shall defend the Collateral against any claims adverse to Secured Party's interests.
- Debtor shall immediately notify Secured Party of any litigation, claims, or encumbrances affecting the Collateral.

## 4. DEFAULT

The occurrence of any of the following shall constitute a default:
- Failure of the Debtor to perform any obligation under this Agreement.
- Attempt by Debtor to encumber, sell, transfer, or conceal any Collateral.
- Any act of insolvency, bankruptcy, or public loss of standing by the Debtor.

Upon Default:
- Secured Party may immediately enforce their rights without judicial process.
- Secured Party may repossess, seize, or otherwise lawfully claim the Collateral.
- Secured Party may exercise all rights available at Law and in Equity without limitation.

## 5. REMEDIES UPON DEFAULT

Upon default, the Secured Party may:
- Publicly Notice and Auction the Collateral.
- Exercise private administrative lien procedures.
- Foreclose on the Collateral without further consent.
- Collect lawful damages, fees, and enforcement costs.

## 6. CHOICE OF LAW

This Agreement shall be governed by Divine Law, Natural Law, the Common Law of the united States of America, the Constitution for the united States of America (circa 1787), and the Law of Nations. No adhesion to corporate UNITED STATES jurisdiction is granted or implied.

## 7. AFFIRMATION AND EXECUTION

Debtor and Secured Party acknowledge and affirm under penalty of perjury that they have read, understood, and agreed to the terms herein freely, knowingly, voluntarily, and without coercion.

This is a private contract under private seal, beyond the jurisdiction of corporate administrative courts.

I solemnly affirm under penalty of perjury, under Natural Law, Common Law, and the Constitution, that the foregoing facts are true, correct, and complete to the best of My firsthand knowledge, belief, and overstanding.

Executed with full liability, firsthand knowledge, and lawful authority under Natural Law, Common Law, and the Constitution for the United States of America, under special appearance only, without waiver, without submission, without prejudice, and without need for notary or third-party certification.

All rights, liberties, immunities, remedies, and defenses are fully and expressly reserved, including but not limited to all rights secured under the Constitution for the United States of America (1789) and the Bill of Rights (1791), without prejudice under Uniform Commercial Code 1-308 as adopted in principle by Natural and Common Law.

This execution is made in peace, honor, and full faith, without granting or implying consent to any foreign, corporate, administrative, or statutory jurisdiction whatsoever.

So help me God, on this 20th day of April , 2025, on the land of Michigan Republic, without the UNITED STATES.

Respectfully and Without Prejudice, Without Recourse, All Rights Reserved, UCC 1-308

Debtor:
*Joshua David Derby ©, agent*
JOSHUA DAVID DERBY©, Debtor (fictional entity)

Secured Party Creditor:
_____ , Authorized Agent for joshua-david; derby TRUST
joshua david derby, Authorized Agent for joshua-david; derby TRUST

Secured Party Thumbprint: _____

Security Agreement                                          Page 3 of 3

 

# EXHIBIT A

**PRIVATE ADMINISTRATIVE RECORD** *AMW-02142017-SA1*

## SECURITY AGREEMENT

**THIS SECURITY AGREEMENT is made and entered into this** _20th_ **day of** _April_ **, 2025, by and between:**

Debtor:
ALYSSIA MARIE WARREN©
c/o P.O. Box 26, Edenville, Michigan Republic [48620]
(hereinafter referred to as "Debtor")

AND

Secured Party Creditor:
alyssia-marie; warren TRUST,
c/o P.O. Box 26, Edenville, Michigan Republic [48620]
(hereinafter referred to as "Secured Party")

### 1. GRANT OF SECURITY INTEREST

For valuable consideration, Debtor hereby grants to Secured Party a continuing security interest in all of Debtor's rights, titles, interests, and claims in and to the Collateral described herein, to secure all obligations, debts, demands, claims, and liabilities, whether now existing or arising hereafter, absolute or contingent.

### 2. DESCRIPTION OF COLLATERAL

Collateral includes, without limitation: All rights, titles, interests, and claims in and to the Debtor's body, mind, soul, spirit, energy field, DNA, blood, fingerprints, facial scans, biological property, real and personal property, conveyances, accounts, assets, contracts, documents, licenses, trusts, and titles; public and private records, securities, financial accounts, bank accounts, benefits, and entitlements; intellectual property, familial lineage rights, biological progeny; proceeds, products, replacements, profits; digital assets, crypto accounts, websites, email accounts, and future technologies; all present and future property, tangible or intangible, corporeal or incorporeal, wheresoever situated.

## 3. DEBTOR'S WARRANTIES AND DUTIES

Debtor warrants and agrees that:
- Debtor is the lawful holder of rights in the Collateral and has authority to grant this Security Interest.
- Debtor shall not sell, transfer, conceal, encumber, or otherwise dispose of the Collateral without Secured Party's written permission.
- Debtor shall defend the Collateral against any claims adverse to Secured Party's interests.
- Debtor shall immediately notify Secured Party of any litigation, claims, or encumbrances affecting the Collateral.

## 4. DEFAULT

The occurrence of any of the following shall constitute a default:
- Failure of the Debtor to perform any obligation under this Agreement.
- Attempt by Debtor to encumber, sell, transfer, or conceal any Collateral.
- Any act of insolvency, bankruptcy, or public loss of standing by the Debtor.

Upon Default:
- Secured Party may immediately enforce their rights without judicial process.
- Secured Party may repossess, seize, or otherwise lawfully claim the Collateral.
- Secured Party may exercise all rights available at Law and in Equity without limitation.

## 5. REMEDIES UPON DEFAULT

Upon default, the Secured Party may:
- Publicly Notice and Auction the Collateral.
- Exercise private administrative lien procedures.
- Foreclose on the Collateral without further consent.
- Collect lawful damages, fees, and enforcement costs.

## 6. CHOICE OF LAW

This Agreement shall be governed by Divine Law, Natural Law, the Common Law of the united States of America, the Constitution for the united States of America (circa 1787), and the Law of Nations. No adhesion to corporate UNITED STATES jurisdiction is granted or implied.

**7. AFFIRMATION AND EXECUTION**

Debtor and Secured Party acknowledge and affirm under penalty of perjury that they have read, understood, and agreed to the terms herein freely, knowingly, voluntarily, and without coercion.

This is a private contract under private seal, beyond the jurisdiction of corporate administrative courts.

We solemnly affirm under penalty of perjury, under Natural Law, Common Law, and the Constitution, that the foregoing facts are true, correct, and complete to the best of Our firsthand knowledge, belief, and overstanding.

Executed with full liability, firsthand knowledge, and lawful authority under Natural Law, Common Law, and the Constitution for the United States of America, under special appearance only, without waiver, without submission, without prejudice, and without need for notary or third-party certification.

All rights, liberties, immunities, remedies, and defenses are fully and expressly reserved, including but not limited to all rights secured under the Constitution for the United States of America (1789) and the Bill of Rights (1791), without prejudice under Uniform Commercial Code 1-308 as adopted in principle by Natural and Common Law.

This execution is made in peace, honor, and full faith, without granting or implying consent to any foreign, corporate, administrative, or statutory jurisdiction whatsoever.

So help me God, on this 20th day of April, 2025, on the land of Michigan Republic, without the UNITED STATES.

Respectfully and Without Prejudice, Without Recourse, All Rights Reserved, UCC 1-308.

Debtor:

*Alisshia Marie Warren, agent*

ALYSSIA MARIE WARREN©, Debtor (fictional entity)

Secured Party Creditor:

*alpha waw ©, sui juris* Authorized Agent for alyssia-marie; warren TRUST

alyssia marie warren, Authorized Agent for alyssia-marie; warren TRUST

Secured Party Thumbprint: _____

Security Agreement                                         Page 3 of 3

# EXHIBIT B

## NOTICE OF CONSTITUTIONAL PROTECTIONS AND PRIVATE ADMINISTRATIVE FEE SCHEDULE

**From:** Joshua Derby© and Alyssia Warren©, sui juris
c/o PO Box 26
Edenville, MI [48620]

**To:** Gladwin County Sheriff's Department
c/o Sheriff Michael Shea and to all applicable agents
501 W Cedar Ave
Gladwin, MI 48624
Certified Mail Tracking #: 9589 0710 5270 0871 1934 57

**Date:** April 25, 2025

**Subject: Notice of Constitutional Protection and Fee Schedule**

You are hereby noticed that We, the undersigned, are domiciled privately on the land and do not consent to unlawful interference, entry, or surveillance. Any interaction without verified complaint, warrant, or sworn affidavit of injury shall invoke immediate and binding liability under the terms stated in the enclosed Private Administrative Fee Schedule.
This Notice extends equally to any and all privately owned conveyances, including private automobiles, protected as private property under the Fourth Amendment and Common Law from unlawful search, seizure, or interference.

No agent, officer, or employee of any corporation, municipality, or foreign entity may trespass upon this private property under any pretense without express written consent signed by Me, under full liability, on a case-by-case basis. Any violation shall invoke the enclosed Fee Schedule immediately and without further notice.

Any agent acting without regard to this lawful notice accepts full personal and commercial liability and waives all immunities, statutory or otherwise. This record will be retained for all future lawful claims.

This Notice constitutes lawful Notice of Personal and Commercial Liability, binding upon receipt.

Notice + Fee Schedule

Pg. 1

All matters arising herefrom shall be governed exclusively by Natural Law, Common Law, and the original Constitution for the United States of America, and no other presumed or constructed jurisdiction shall be presumed or implied.

This Notice is given in peace, honor, and full faith, but it shall be enforced to the fullest extent of all natural, common, and commercial law, without waiver of any rights, remedies, or defenses.

Executed with full liability, firsthand knowledge, and lawful authority under Natural Law, Common Law, and the Constitution, without need for notary or third-party certification.

Executed on this 25th day of April, 2025.

**so help us God on this day, as is hereby so attested!**

Respectfully declared and noticed,

_____

Joshua Derby©, sui juris
*Without prejudice, without recourse, all rights reserved.*
By special appearance only.

Alyssia Warren©, sui juris
*Without prejudice, without recourse, all rights reserved.*
By special appearance only.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

Notice + Fee Schedule

Pg. 2

# PRIVATE FEE SCHEDULE

| Violation Type | Administrative Fee Per Occurrence |
|---|---|
| Unlawful Entry (no warrant or oath) | $250,000 |
| Physical Contact, Seizure, or Arrest | $1,000,000 |
| Surveillance (video, photo, patrol) | $100,000 |
| Coercion, Threat, or Verbal Harassment | $500,000 |
| Interference with ADA-Protections | $750,000 |
| Retaliation Following Lawful Notice | $1,500,000 |
| Violation of Constitutional Rights | $2,500,000 |
| Emergency/Exigent Excuse without Verified Complaint | $3,000,000 |

------------------------------------------------

**By proceeding, you agree to these terms and accept full commercial and private liability.**

All actions shall be deemed willful trespass under color of law and will be pursued for full remedy.

------------------------------------------------

***SUBJECT TO CHANGE\****

Notice + Fee Schedule                                           Pg. 3

# Exhibit B





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gladwin County Sheriff's Dept.
Lt Sheriff Michael Shea & all
applicable agents
501 W Cedar Ave
Gladwin, MI 48624

9590 9402 9109 4225 2568 16

2. Article Number (Transfer from service label)
9589 0710 5270 0871 1934 57

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. McCarthy          4-30-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



**EXHIBIT C**

**Public Notice from Gladwin County Sheriff's Office Confirming Delegation of Enforcement Authority to Private Actor**
**Date of Posting:** July 30, 2025 at 2:18 PM
**Source:** Official Facebook Page of the Gladwin County Sheriff's Office
**Text (verbatim):**

> **Gladwin County Sheriff's Office**
> July 30, 2025 at 2:18 PM
>
> Civil Process
>
> Current staff levels and duty assignments do not allow the Gladwin County Sheriff's Office to aggressively pursue individuals who are subject to Court Ordered Eviction from a residence or Writs pertaining to property seizure. For your convenience Shane O'Keefe has been appointed Special Duty Sheriff for the purpose of Evictions and Court ordered property seizure.
>
> For details and pricing please contact Shane O'Keefe:
>
> Dare Process Serving and Investigations, LLC
> 2255 Tower Hill Rd., #758
> Houghton Lake, MI 48629
> (989) 486-2168
> shane@dareinvestigations.com
> www.dareinvestigations.com
>
> Lt. Chad Smith

--------------------------------------------------------------------

**Lawful Note:**
This public delegation of enforcement authority to a private third party substantiates Petitioners' position regarding the absence of direct government officers in the July 25, 2025 event. It affirms that *any* enforcement activity performed by such a party constitutes action by **a commercial actor under color of law**, subject to full private and commercial liability, without lawful immunity or constitutional shield unless acting under direct supervision and oath-bound authority.

Certified for evidentiary use under penalty of perjury by Petitioners' inclusion.




Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta · 2025

## Featured

**Gladwin County Sheriff's Office**
July 2 ⚙

Effective Wednesday July 2nd, 2025, the Sheriff's Office will have the following front lobby hours for Purchase Permits, Gun Registrations, Sex Offender Registrations and all other fingerprints that aren't court ordered:
Monday, Wednesday-Friday: 7:00am-5:00pm
Tuesday: 7:00am-4:00pm

**Gladwin County Sheriff's Office**
April 24, 2018 ⚙

INFORMATION:
We do not receive or dispatch complaints from our Facebook Page or Messenger. This page is for community information / alerts only and is not monitored by Central Dispatch or monitored 24/7. Our page is not intended to replace the function and necessity of our Central Dispatch. If you have an emergency, please dial 911. If you have a non emergency requiring Police, Fire, or EMS attention, please dial our non emergency number 989-426-9284. These numbers will ring into Gladwin County Central...

## Posts

Filters



**Gladwin County Sheriff's Office**
July 30 at 2:18 PM  ⚙

Civil Process

Current staff levels and duty assignments do not allow the Gladwin County Sheriff's Office to aggressively pursue individuals who are subject to Court Ordered Eviction from a residence or Writs pertaining to property seizure. For your convenience Shane O'Keefe has been appointed Special Deputy Sheriff for the purpose of Evictions and Court ordered property seizure.

For details and pricing please contact Shane O'Keefe;

Dare Process Serving and Investigations, LLC
2255 Tower Hill Rd., #758
Houghton Lake, MI 48629
(989) 486-2168
shane@dareinvestigations.com
www.dareinvestigations.com

Lt. Chad Smith

🗨 55

12 shares



Exhibit D

U.S. POSTAGE PAID
PM
BEAVERTON, MI 48812
JUL 31, 2025
$19.75
82324P500479-25

Retail

48624

RDC 03     0 Lb 14.20 Oz

CERTIFIED MAIL

9589 0710 5270 0102 0414 60

Clerk of Court /
Joshua M. Farrell, a Officially
-R-T-S-
48624-RFS-1-N    *95 08/07/25
RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

Refused
8/7

401 W. Cedar Tr.
Gladwin, MI 48624

PRIVATT_ LEGAL NOTICE
RE: Case No. 2:20:5cv12791



# RECEIVED IN
# DAMAGED CONDITION

**UNITED STATES POSTAL SERVICE**®

...during sorting by the Postal Service. We hope this incident did not inconvenience you. We realize that your mail is important to you and that you have every right to expect it to be delivered in good condition. Although every effort is made to prevent damage to the mail, occasionally this will occur because of the great volume handled and the rapid processing methods which must be employed to assure the most expeditious distribution possible. We hope you under-stand. We assure you that we are constantly striving to improve our processing methods in order that even a rare occurrence may be eliminated. Please accept our apologies.

Sincerely,
Your Postmaster

# NOS IMPORTA

Querido Cliente Postal,

Sinceramente lamentos el daño a su correo durante el casté por el Servicio Postal. Esperamos que este incidente no le lastmode. Estendemos que su correo es importante para usted y cree usted tiene el derecho de esperar que la entrega de esto sea en buenas condiciones. Aunque hacemos cada esfuerzo de prevenir daño a su correo esto ocurre de vez en cuando debido al gran volumen manejado y los métodos de proceso rápidos que se deben emplear para asegurar la distribución más rápida posible. Esperamos que usted entienda. Le aseguramos que nos estamos esforzando constantemente en mejorar nuestros métodos de proceso para poder eliminar un parcance como esta. Por favor de aceptar nuestras disculpas.

Sinceramente,
Su Postmaster

This packaging is not for resale. © USPS 2023. EP14F October 2023. All rights reserved. Misuse may be a violation of federal law.

AUG 14, 2025

**$20.70**

S2324P500468-88

48226

RDC 03

‖78·6347·23

PRESS FIRMLY TO SEAL

**PRIORITY** | **MAIL**

**UNITED STATES POSTAL SERVICE®**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking² service included for domestic and many international destinations.
- Limited international insurance.**

...en used internationally, a customs declaration form is required.

...nce does not cover certain items. For details regarding claims exclusions see the ...tic Mail Manual at http://pe.usps.com.

International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**AT RATE ENVELOPE**

RATE ■ ANY WEIGHT

...ACKED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

**PRIORITY ★MAIL★**

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Joshua Derby and
Alyssa Warren
c/o 849 E Hickory St
Beaverton, Michigan
Republic [48612]



TO: Clerk of Court
U.S. District Court for the Eastern
District of Michigan
231 West Lafayette Blvd
Detroit, MI 48226

RE: Case No. 2-25-cv-12091

RECEIVED
AUG 19 2025
CLERK'S OFFICE
DETROIT

how2recycle.info

PAPER POUCH

USPS.COM/PICKUP

Label 228, March 2016

FOR INTERNATIONAL USE

This package is made from post-consumer waste. Please recycle - again.